UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Kendrall Xavier GambleDocket No. 5:20-CR-144-1BO

**Petition for Action on Supervised Release**

COMES NOW Courtney L. Thomas, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kendrall Xavier Gamble, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on January 28, 2021, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Kendrall Xavier Gamble was released from custody on May 30, 2024, at which time the term of supervised release commenced. On June 7, 2024, a Violation Report was submitted to the court as a result of the defendant submitting a urine specimen that tested positive for cocaine.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 16, 2024, the defendant committed the offenses of Misdemeanor Larceny and Misdemeanor Possession of Stolen Goods/Property (24CR 335045), in Cumberland County, North Carolina. It is alleged that the defendant entered a gas station and stole a pack of beer that was valued at $6.99. When confronted, the defendant admitted to the criminal conduct. As a sanction for his conduct, it is respectfully requested that the defendant complete 24 hours of community service within 60 days at a placement to be determined by his supervising officer. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service within 60 days, and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Keith W. Lawrence<br>Keith W. Lawrence<br>Supervising U.S. Probation Officer | /s/ Courtney L. Thomas<br>Courtney L. Thomas<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2554<br>Executed On: June 25, 2024 |

**ORDER OF THE COURT**

Considered and ordered this 25 day of June, 2024, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
United States District Judge

Case 5:20-cr-00144-BO    Document 49    Filed 06/26/24    Page 1 of 1