UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kendrall Xavier Gamble**                    **Docket No. 5:20-CR-144-1BO**

### Petition for Action on Supervised Release

COMES NOW Courtney L. Thomas, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kendrall Xavier Gamble, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on January 28, 2021, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Kendrall Xavier Gamble was released from custody on May 30, 2024, at which time the term of supervised release commenced. On June 7, 2024, a Violation Report was submitted to the court as a result of the defendant submitting a urine specimen that tested positive for cocaine. Additionally, on June 25, 2024, as a result of the defendant committing new criminal conduct, the court modified his conditions of supervision to include 24 hours of community service.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On September 4, 2024, the defendant submitted a urine specimen that tested positive for cocaine. When confronted about his drug use, the defendant admitted to using cocaine on or about August 30, 2024, and signed an admission of drug use form. Additionally, due to lack of transportation, the defendant has been unable to complete the 24 hours of community service that was ordered as a result of new criminal conduct. As a sanction for the defendant's drug use and to address his inability to perform the community service, it is respectfully requested that the community service condition be stricken, and his supervision be modified to include 45 days of home detention with Radio Frequency monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 45 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2. The condition that the defendant perform 24 hours of community service within 60 days is hereby stricken from the conditions of supervised release.

Except as herein modified, the judgment shall remain in full force and effect.

Kendrall Xavier Gamble
Docket No. 5:20-CR-144-1BO
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing
is true and correct.


/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

/s/ Courtney L. Thomas
Courtney L. Thomas
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2554
Executed On: September 10, 2024

## ORDER OF THE COURT

Considered and ordered this _____*11*_____ day of ___*Sept.*_____, 2024, and ordered filed and
made a part of the records in the above case.

Terrence W. Boyle
United States District Judge